UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
JUL 0 6 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC,<br>SANOFI-AVENTIS,<br>DEBIOPHARM, S.A.<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACHEMIE B.V.,<br>TEVA PARENTERAL MEDICINES, INC.,<br>TEVA PHARMACEUTICALS USA, INC.<br><br>Defendants. | Civil Action No. 07-cv-02762-JAP<br>(Consolidated case 07-cv-5408-JAP) |

## JOINT STIPULATION AND PROPOSED ORDER OF DISMISSAL

Plaintiffs Sanofi-Aventis U.S. LLC, Sanofi-Aventis, and Debiopharm S.A. (collectively, "Plaintiffs") and Defendants Pharmachemie B.V., Teva Parenteral Medicines, Inc. and Teva Pharmaceuticals USA, Inc. (collectively, "Teva"), hereby stipulate that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) all claims regarding U.S. Patent Nos. 5,290,961; 5,420,319; and 5,959,133 are dismissed and each party shall bear its own costs, expenses and attorney fees in connection with the aforementioned patents.

Dated: June 29, 2009

S/William J. O'Shaughnessy
William J. O'Shaughnessy, Esq.
Jonathan M.H. Short, Esq.
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel.: (973) 622-4444
Fax: (973) 624-7070

Dated: June 29, 2009

S/Michael E. Patunas
Allyn Z. Lite, Esq.
Michael E. Patunas, Esq.
Mayra V. Tarantino, Esq.
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Tel.: (973) 623-3000
Fax: (973) 623-0858

| | |
|---|---|
| Dominick A. Conde, Esq.<br>William E. Solander, Esq.<br>Colleen Tracy, Esq.<br>Peter D. Shapiro, Esq.<br>FITZPATRICK, CELLA,<br>HARPER & SCINTO<br>30 Rockefeller Plaza<br>New York, New York 10112-3801<br>Tel.: (212) 218-2100<br>Fax: (212) 218-2200<br><br>*Attorneys for Plaintiffs Sanofi-Aventis U.S. LLC, Sanofi-Aventis, and Debiopharm S.A.* | David M. Hashmall, Esq.<br>Frederick H. Rein, Esq.<br>Keith A. Zullow, Esq.<br>Emily L. Rapalino, Esq.<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York  10018<br>Tel..:  (212) 813-8800<br>Fax:  (212) 355-3333<br><br>*Attorneys For Defendants Pharmchemie B.V., Teva Parenteral Medicines, Inc. and Teva Pharmaceuticals USA, Inc.* |

IT IS SO ORDERED:

Dated: _June 30_, 2009        By: _____
                                                                Hon. Joel A. Pisano, U.S.D.J.