## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

Dominick A. Conde, Esq.
William E. Solander, Esq.
Colleen Tracy, Esq.
Peter D. Shapiro, Esq.
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100

Attorneys for SANOFI-AVENTIS U.S. LLC,
SANOFI-AVENTIS, and DEBIOPHARM S.A.

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, ) | CIVIL ACTION NO.: |
| SANOFI-AVENTIS, ) | 3:07-cv-02762-JAP-DEA |
| DEBIOPHARM S.A., ) | (Consolidated) |
| ) | |
| Plaintiffs/Counterclaim Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| SANDOZ, INC., ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

TO:    ALL COUNSEL

    **PLEASE TAKE NOTICE** that Sanofi-Aventis U.S. LLC, Sanofi-Aventis, and

Debiopharm S.A. ("Plaintiffs") will move before this Court at the Clarkson S. Fisher

Federal Bldg. & U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, on

October 19, 2009 at 9:00 a.m., before United States District Court Judge Joel A. Pisano,

for entry of a preliminary injunction.

    **PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely upon the

Memorandum of Law submitted with this Notice of Motion, the Declarations of Thierry

Mauvernay, Henry G. Grabowski, Ph.D., John Harrington, Vishal C. Gupta, Esq., Dr.

Stephen R. Byrn, Dr. Michael Fanfarillo and Richard A. Killworth, Esq. and upon all

pleadings and proceedings on file herein.

      **PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting

Plaintiffs' motion is attached.


Dated:  September 23, 2009          Respectfully submitted,

                          *Colleen Tracy /PDS*

                        Dominick A. Conde, Esq.
                        William E. Solander, Esq.
                        Colleen Tracy, Esq.
                        Peter D. Shapiro, Esq.
                        FITZPATRICK, CELLA, HARPER & SCINTO
                        1290 Avenue of the Americas
                        New York, New York 10104
                        (212) 218-2100

                        Attorneys for SANOFI-AVENTIS U.S. LLC,
                        SANOFI-AVENTIS, and DEBIOPHARM S.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiff's Motion for a Preliminary Injunction was caused to be served on September 23, 2009 via email and ECF upon the following:

| | |
|---|---|
| **David M. Hashmall, Esq.**<br>dhashmall@goodwinprocter.com<br>Phone: (212) 813-8800<br>Fax: (212) 355-3333<br><br>**Frederick H. Rein, Esq.**<br>frein@goodwinprocter.com<br>Phone: (212) 813-8800<br>Fax: (212) 355-3333<br><br>**Keith A. Zullow, Esq.**<br>kzullow@goodwinprocter.com<br>Phone: (212) 813-8846<br>Fax: (212) 355-3333<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Ave.<br>New York, NY 10018-1405 | **James F. Hurst, Esq.**<br>jhurst@winston.com<br>Phone: (312) 558-5230<br>Fax: (312) 558-5700<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br><br>**Gail J. Standish, Esq.**<br>gstandish@winston.com<br>Phone: (213) 615-1731<br>Fax: (213) 615-1750<br><br>**Peter E. Perkowski, Esq.**<br>pperkowski@winston.com<br>Phone: (213) 615-1700<br>Fax: (213) 615-1750<br>WINSTON & STRAWN LLP<br>333 S. Grand Ave.<br>Los Angeles, CA 90071-1543 |
| **Patricia J. Thompson, Esq.**<br>pthompson@schiffhardin.com<br>Phone: (312) 258-5706<br>Fax: (312) 258-5600<br><br>**Amethyst C. Smith, Esq.**<br>acsmith@schiffhardin.com<br>Phone: (312) 258-5500<br>Fax: (312) 258-5600<br><br>**Jason G. Harp, Esq.**<br>jharp@schiffhardin.com<br>Phone: (312) 258-5500<br>Fax: (312) 258-5600<br><br>**Douglass C. Hochstetler, Esq.**<br>dhochstetler@schiffhardin.com<br>Phone: (312) 258-5500<br>Fax: (312) 258-5600<br>SCHIFF HARDIN LLP<br>233 South Wacker Dr., Suite 6600<br>Chicago, IL 60606 | **Keith D. Parr, Esq.**<br>kparr@lockelord.com<br>Phone: (312) 443-0497<br>Fax: (312) 896-6497<br><br>**Scott B. Feder, Esq.**<br>sfeder@lockelord.com<br>Phone: (312) 443-0261<br>Fax: (312) 896-6261<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Dr.<br>Chicago, IL 60606-4410 |

**Steven M. Lieberman, Esq.**
slieberman@rfem.com
Phone: (202) 783-6040
Fax: (202) 783-6031

**Minaksi Bhatt, Esq.**
mbhatt@rfem.com
Phone: (202) 783-6040
Fax: (202) 783-6031

**Glenn E. Karta, Esq.**
gkarta@rfem.com
Phone: (202) 783-6040
Fax: (202) 783-6031
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, N.W., Suite 800
Washington, DC 20005

**Dutch D. Chung, Esq.**
dchung@wsgr.com
Phone: (202) 973-8892
Fax: (202) 973-8899
WILSON, SONSINI, GOODRICH & ROSATI
1700 K St., NW, 5th Floor
Washington, DC 20006

**Daniel G. Brown, Esq.**
dgbrown@wsgr.com
Phone: (212) 999-5800
Fax: (212) 999-5899
WILSON, SONSINI, GOODRICH & ROSATI
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022

**Charles D. Ossola, Esq.**
ossolac@dicksteinshapiro.com
Phone: (202) 420-2200
Fax: (202) 420-2201

**Matthew J. Ricciardi, Esq.**
ricciardim@dicksteinshapiro.com
Phone: (202) 420-3395
Fax: (202) 420-2201
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403

**Robert B. Wilson, Esq.**
robertwilson@quinnemanuel.com
Phone: (212) 849-7145
Fax: (212) 849-7100

**James E. Baker, Esq.**
jamesbaker@quinnemanuel.com
Phone: (212) 849-7114
Fax: (212) 849-7100

**Aaron S. Kaufman, Esq.**
aaronkaufman@quinnemanuel.com
Phone: (212) 849-7314
Fax: (212) 849-7100

QUINN, EMANUEL, URQUHART, OLIVER &
HEDGES, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010-1601

**Steven H. Sklar, Esq.**
ssklar@leydig.com
Phone: (312) 616-5600
Fax: (312) 616-5700
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900-6780
Chicago, IL 60601

Dated: September 23, 2009