```
        UNITED STATES DISTRICT COURT
           DISTRICT OF NEW JERSEY
              TRENTON OFFICE
```

DATE OF PROCEEDING: 11/17/2009
CIVIL DOCKET NO.   07-2762(JAP)

JUDGE JOEL A. PISANO
COURT REPORTER :   Joanne Caruso
COURTROOM DEPUTY:   Dana Sledge

TITLE OF CASE:
Sanofi-Aventis, U.S., LLC, et al.,
vs.
Sandoz, Inc., et al.,

APPEARANCES:
William Solander, Dominick Conde, Joshua A. Davis & Peter Shaprio, Esqs., for Plaintiffs
Vishal Gupta, Brendan O'Malley & Jason Leonard, Esqs., for Plaintiffs
Robert Kajubi, Esq., for Plaintiffs
Adam Shedd, Esq., for Plaintiffs
Jonathan Short, Esq., for Plaintiffs
Jeffrey Soos, Esq., for Defendants (Par/MN Pharma)
Dutch Chung, & Daniel Brown, Esqs., for Defendants (Par Pharm/MN Pharm)
Patricia Thompson, Esq., for Defendant (Sandoz)
Marc J. Gross, Esq., for Defendant (Mayne)
Gail Standish & James Hurst, Esqs., for Defendant (Mayne)
Keith Zullow & David Hushmall, Esqs., for Teva/Teva Pharmaceutical/Barr/Pliva
Karen Confoy, Esq., for Abraxis/APP Pharm
Steven Sklar, Esq., for Abraxis/APP Pharm
Steven Lieberman, & Mini Bhatt, Esqs., for Fresenius/Dabur
Donald Robinson, Esq., for Fresenius
Damon Kamvosoulis, Esquire
Mayra Tarantino, Esq., for Teva/Barr
Terrence P. Cavade, Esq., for Sun/Cascaco
Andrew Berdon, & Anastasia Fernands, Esqs., for Actavis
Weihong Hsing, Esq., for W.C. Heraeus

NATURE OF PROCEEDING:
Oral arguments held.

Motion for preliminary injunction by Sanofi-Aventis, LLC, Sanofi-Aventis, Debiopharm, S.A. [doc. #473] - Decision reserved.

TIME COMMENCED:  10:00 a.m.  TIME ADJOURNED: 4:30 p.m.

                                        s/Dana Sledge, Courtroom Deputy