# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC., *et al.*, | |
| Plaintiffs, | |
| v. | Lead Civil Action No. 07-2762 (JAP) (consolidated case) |
| SANDOZ, INC, | **ORDER** |
| Defendant. | |

Presently before the Court is a motion order declaring that a settlement agreement between Plaintiffs, Sanofi-Aventis U.S. LLC, Sanofi-Aventis, and Debiopharm S.A. (together "Sanofi"), and Defendants Sun Pharmaceutical Industries, Ltd. and Caraco Pharmaceutical Laboratories, Ltd. is unenforceable. For the reasons set forth in the accompanying Opinion,

IT IS on this 1st day of March 2010

**ORDERED** that Sanofi's motion [#511] is DENIED.

　　　　　　　　　　　　　　　　　　　　/s/ Joel A. Pisano
　　　　　　　　　　　　　　　　　　　JOEL A. PISANO, U.S.D.J