UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| SANOFI-AVENTIS U.S. LLC., *et al.*, | : | |
| Plaintiffs, | : | |
| | : | Lead Civil Action No. 07-2762 (JAP) |
| v. | : | (consolidated case) |
| SANDOZ, INC, | : | **ORDER** |
| Defendant. | : | |

    Presently before the Court is a motion by Plaintiffs Sanofi-Aventis U.S. LLC, Sanofi-Aventis and DebioPharm, S.A. (together, "Sanofi") for a preliminary injunction [#473] against Defendants Fresenium Kabi Oncology PLC f/k/a Dabur Oncology PLC and Dabur Pharma Limited.[1]  For the reasons set forth on the record of the proceedings on March 9, 2010,

    IT IS on this 9th day of March 2010

    **ORDERED** that Sanofi's motion is DENIED without prejudice.

                                                   /s/ Joel A. Pisano
                                                 JOEL A. PISANO, U.S.D.J

---

[1] This motion was dismissed without prejudice by order dated November 19, 2010. Plaintiff renewed the motion on the record at an in-person status conference held on February 16, 2010.