UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                                  :
SANOFI-AVENTIS U.S. LLC., *et al.*,     :
                                                  :
          Plaintiffs,      :
                                                  :      Lead Civil Action No. 07-2762 (JAP)
           v.              :      (consolidated case)
                                                  :
SANDOZ, INC,                     :      **ORDER**
                                                  :
          Defendant.      :
_____:

      Presently before the Court is a motion by Fresenius Kabi Oncology plc and Dabur Pharma Limited (together "Dabur") for summary judgment of non-infringement of claims 1 and 2 of United States Patent No. 5,338,874. Plaintiffs Sanofi-Aventis U.S. LLC, Sanofi-Aventis, Debiopharm, S.A. (together "Sanofi") oppose the motion and have cross-moved for summary judgment of infringement. For the reasons set forth in the accompanying Opinion,

      IT IS on this 12th day of March 2010,

      ORDERED that Dabur's motion for summary judgment is DENIED, and it is further

      ORDERED that Sanofi's motion for summary judgment is GRANTED.


                                                                /s/ Joel A. Pisano
                                                               JOEL A. PISANO, U.S.D.J