

# Wiley Malehorn Sirota & Raynes
Attorneys at Law

DONALD M. MALEHORN
FREDRIC J. SIROTA
ARTHUR L. RAYNES
JAMES M. MCCREEDY
EUGENE HUANG
KRISTIN V. HAYES

MERI J. VAN BLARCOM-GUPKO
(COUNSEL)

ELIZABETH D. SEITZ
BROOKE E. RONAYNE
CAROLYN R. CONWAY
ERICA M. CLIFFORD

250 Madison Avenue
Morristown, NJ 07960
P 973.539.1313
F 973.539.0572
www.wmands.com

araynes@wmands.com

March 24, 2010

**VIA ECF**

Honorable Joel A. Pisano, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Sanofi et. al. v. Sun et. al.*(oxaliplatin patent litigation), No. 3:07-03411 (consolidated into No. 3:07-02762)

Dear Judge Pisano:

    We represent Sun Pharmaceutical Industries, Ltd. and Caraco Pharmaceutical Laboratories, Ltd. ("Sun/Caraco") in this action. This Court has confirmed, through its Orders of October 2, 2009 (docket entry No. 495) and March 1, 2010 (docket entry No. 597) that Sun/Caraco entered into an enforceable settlement agreement with plaintiffs Sanofi-Aventis U.S. LLC, Sanofi-Aventis, and Debiopharm, S.A. (collectively, "Sanofi"). Pursuant to the Sun/Caraco-Sanofi settlement documents, Sun/Caraco submitted a Findings of Fact and Consent Judgment and Order ("Consent Judgment") for entry on November 5, 2009 (docket entry 568-1). Sanofi thereafter responded (docket entry No. 571) by asking the Court to defer entry of the Consent Judgment, pending resolution of Sanofi's then-pending motion (docket entry No. 511) challenging the enforceability of the settlement documents.

Honorable Joel A. Pisano, U.S.D.J.
March 24, 2010
Page 2

      The Court's March 1, 2010 Order (docket entry No. 597) disposes of Sanofi's motion (docket entry No. 511).  Therefore, Sun/Caraco requests that this Court enter the previously submitted Consent Judgment (docket entry No. 568-1).

Respectfully,


 /s/ Arthur L. Raynes

Arthur L. Raynes

cc:  Dominick Conde, Esq. (counsel for Sanofi, by email)