IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> W.C. HERAEUS GMBH, <br><br> *Defendant*. | Consolidated Civil Action No. <br> 3:07-cv-2762 (JAP) (DEA) <br><br><br> ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Sanofi-Aventis U.S. LLC, Sanofi-Aventis, and Debiopharm S.A. (collectively, "Sanofi") and Defendant W.C. Heraeus GmbH ("WCH"), hereby agree and stipulate as follows:

1. All claims by Sanofi against WCH in the above-captioned action are dismissed, without prejudice;

2. All counterclaims by WCH against Sanofi in the above-captioned action are dismissed, without prejudice; and

3. Each party shall bear its own costs and attorneys fees.

[SIGNATURE BLOCK FOLLOWS ON NEXT PAGE]

DSMDB-2814384

Dated: August 26, 2010

| | |
|---|---|
| McCARTER & ENGLISH LLP | VOLPE & KOENIG P.C. |
| *(signature)* | *(signature)* |
| William J. O'Shaughnessy, Esq.<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>(973) 622-4444 | Kristine L. Butler, Esq.<br>United Plaza, Suite 1600<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 568-6400 |
| and | and |
| FITZPATRICK, CELLA,<br>HARPER & SCINTO<br>Dominick Conde, Esq.<br>William E. Solander, Esq.<br>Peter D. Shapiro, Esq.<br>1290 Avenue of the Americas<br>New York, NY 10104<br>(212) 218-2100 | DICKSTEIN SHAPIRO LLP<br>Charles D. Ossola, Esq.<br>Matthew J. Ricciardi, Esq.<br>1825 Eye Street NW<br>Washington, DC 20006<br>(202) 420-2200 |
| *Counsel for Sanofi-Aventis U.S. LLC, Sanofi-Aventis, and Debiopharm S.A.* | *Counsel for W.C. Heraeus GmbH* |

DSMDB-2814384