**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago

TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com



October 15, 2010

**VIA FEDERAL EXPRESS**
Honorable Joel A. Pisano, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 341
402 E. State Street
Trenton, NJ 08608

Re:   *Sanofi-Aventis U.S., LLC, et al v. Sandoz, Inc., et al.*
      Civil Action No. 07-2762 (JAP)(TJB)

Dear Judge Pisano:

We represent Defendants Teva Pharmaceuticals USA, Inc., Teva Parenteral Medicines, Inc., Pharmachemie B.V., Barr Laboratories, Inc. and Pliva-Lachema a.s. in four separate actions consolidated under Civil Action No. 07-2762(JAP). On April 14, 2010, the Court entered a document entitled Findings of Fact and Consent Judgment and Order ("Order") in the following actions:

1.   Civil Action No. 07-2837(JAP)(D.I. 77);

2.   Civil Action No. 07-3144(JAP)(D.I. 78);

3.   Civil Action No. 07-5408(JAP)(D.I. 62); and

4.   Civil Action No. 08-0079(JAP)(D.I. 91).

The Order provides for the dismissal with prejudice of each of these actions upon the occurrence of certain events, all of which have now occurred. Accordingly, the parties jointly request that the Court note on the docket of each of these actions that they have been dismissed with prejudice.

247708 v1



Honorable Joel A. Pisano, U.S.D.J.
October 15, 2010
Page 2

    We thank the Court for its consideration.

                       Respectfully,

                       Michael E. Patunas

cc:    Plaintiffs' Counsel (via e-mail)

247708 v1