**McCarter & English LLP**
William J. O'Shaughnessy
100 Mulberry Street
4 Gateway Center
Newark, NJ 07102
973-622-4444

**Fitzpatrick Cella Harper & Scinto**
Dominick A. Conde, Esq.
William E. Solander, Esq.
Peter D. Shapiro, Esq.
1290 Avenue of the Americas
New York, NY 10104
212-218-2204

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS, DEBIOPHARM S.A., | CIVIL ACTION NO.: 3:07-cv-02762-JAP-DEA (Consolidated) |
| Plaintiffs/Counterclaim Defendants, | |
| v. | |
| SANDOZ, INC., *et al.* | |
| Defendant/Counterclaim Plaintiff. | |

COUNSEL:

**PLEASE TAKE NOTICE** that Sanofi-Aventis U.S. LLC, Sanofi-Aventis, and Debiopharm S.A. ("Plaintiffs") will move before United States District Court Judge Joel A. Pisano at the Clarkson S. Fisher Federal Bldg. & U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, on March 21, 2011, at 10:00AM or as soon thereafter as counsel may be heard, for entry of a preliminary injunction to restrain Defendants Sun

- 2 -

Pharmaceutical Industries Ltd. and Caraco Pharmaceutical Laboratories Ltd. (collectively "Sun") from launching Sun's generic oxaliplatin product,

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely upon the Memorandum of Law, Declarations, and Exhibits submitted with this Notice of Motion, as well as and upon all pleadings and proceedings on file herein.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.  A Proposed Order is enclosed.

Dated:  February 15, 2011

Respectfully submitted,

MCCARTER & ENGLISH LLP

By: /s/William J. O'Shaughnessy

William J. O'Shaughnessy
100 Mulberry Street
4 Gateway Center
Newark, NJ 07102
973-622-4444

Dominick A. Conde, Esq.
William E. Solander, Esq.
Peter D. Shapiro, Esq.
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100

Attorneys for SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS, and DEBIOPHARM S.A.